UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:12-cv-01901-JSM-MAP

CELESTINE GHENT,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL OF COMPLAINT WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Stipulation for Dismissal of Complaint With Prejudice and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Complaint is hereby dismissed with prejudice, each party to bear their own attorneys' fees and costs. This case is CLOSED and all pending motions are DENIED as moot.

DONE AND ORDERED at the United States District Court, Middle District, Tampa Division, Florida, this 21 day of December, 2012.

                                                   DISTRICT COURT JUDGE

*copies furnished to:*

Jonathan Fordin, Esq., 201 S. Biscayne Blvd., Suite 1500, Miami, FL 33131 (fax: 305-347-7790)
William Coffman, Esq., 15436 N. Florida Ave., Ste. 103, Tampa, FL 33613 (fax: 813-935-7277)